# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEPHEN L. COOK,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as trustee for
**HARBORVIEW MORTGAGE LOAN TRUST 2007-2,**
Appellee.

No. 4D19-1441

[March 11, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan Lubitz, Judge; L.T. Case No. 50-2011-CA-016373-XXXX-MB.

Thomas P. Murphy of T. P. Murphy's Law P.A., Miami, for appellant.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***